## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| KING'S PEAK ENERGY, LLC ) | Case No. 17- 16046 EEB |
| EIN: 47-1592615 ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |

## APPLICATION TO EMPLOY ONSAGER | FLETCHER | JOHNSON, LLC, AS COUNSEL FOR THE DEBTOR

The Debtor, King's Peak Energy, LLC, through its proposed attorneys Onsager | Fletcher | Johnson, LLC, submits this Application to Employ Onsager Fletcher Johnson, LLC ("OFJ"), as counsel for the Debtor as follows:

1.     King's Peak Energy, LLC (the "Debtor") filed for relief under Chapter 11 of the Bankruptcy Code on June 29, 2017.

2.     The Debtor is a debtor-in-possession, and no trustee has been applied for or appointed in this case.

3.     Debtor desires to retain OFJ because of the firm's experience and knowledge in the field of debtor and creditor rights and business reorganizations under Chapter 11 of the Bankruptcy Code, and the firm's expertise, experience, and knowledge in practicing before this Court.  Such expertise causes the Debtor to believe that OFJ is well qualified to represent it in their Chapter 11 case in an efficient and timely manner.

4.     Debtor further believes that employment of OFJ is necessary. The services to be rendered by OFJ will include, but not be limited to, the following:

a)     legal advice with respect to Debtor's rights and duties as a Debtor in possession and continued business operations;

b)     to assist, advise and represent Debtor in any manner relevant to preserving and protecting Debtor's estate;

c)     to prepare on behalf of the Debtor all necessary applications, motions, answers, orders, reports, plans, disclosure statements and other legal papers;

d)     to appear in Court and to protect the interests of the Debtor before the Court;

e)     to assist in the winding up and dismissal of the bankruptcy proceedings of Debtor, post confirmation;

f)     to assist the Debtor in administrative matters; and

g)     to perform all other legal services for the Debtor which may be necessary and proper in these proceedings.

OFJ will further perform any and all other legal services for Debtor that Debtor may determine necessary and appropriate.

      5.      OFJ's current hourly rates for the services referenced above are as follows:

| | |
|---|---|
| Christian Onsager | $425.00 per hour |
| J. Brian Fletcher | $325.00 per hour |
| Andrew D. Johnson | $300.00 per hour |
| Alice A. White | $325.00 per hour |
| Gabrielle G. Palmer | $175.00 per hour |
| Paralegals | $100.00 per hour |

All compensation to professionals shall be subject to approval by the Court after additional motion and notice.

      6.      The Debtor is a Colorado limited liability company engaged primarily in the energy industry.

      7.      Attached hereto as **Exhibit 1** is the engagement letter signed by Fred Soliz, the managing member of the Debtor.

      8.      To the best of OFJ's knowledge, neither it nor its employees have any connection or conflict of interest with the bankruptcy estate, Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's Office, or any person employed in the Office of the United States Trustee, except as set forth in this Application and the Verified Statement of Andrew D. Johnson attached as **Exhibit 2**, and except that the firm may represent Chapter 7 panel trustees in unrelated Chapter 7 cases.

      9.      OFJ received prepetition retainers in the total amount of $77,000.00 from the Debtor's sole member (the "Retainer"). The Retainer was deposited in the COLTAF account of OFJ. As of the Petition Date, $35,804.50 remains in its trust account. Approval of the Retainer is the subject of a separate Motion to Approve Retainer that will be filed with the Court.

      10.      OFJ is a disinterested person as defined by 11 USC §101(14) and qualified to be employed under §327(a) and FRBP 2014(a). *See* Verified Statement of Andrew D. Johnson submitted herewith.

      11.      No promises have been received by OFJ or by any member, counsel or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

      12.      Debtor asserts that employment of OFJ is the best interests of the estate and its creditors and that use of common counsel will serve to minimize costs and time delays as these cases progress through the Chapter 11 process.

**WHEREFORE**, the Debtor requests the Court to enter its Order authorizing the employment of Onsager Fletcher Johnson, LLC, as counsel to the Debtor, effective as of June 29, 2017 and awarding such other relief as this Court deems proper.

Dated: June 29, 2017                    Respectfully submitted,

ONSAGER | FLETCHER | JOHNSON

  s/ Andrew D. Johnson_____
        Christian C. Onsager, #6889
        Andrew D. Johnson, #36879
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph: (303) 512-1123
Fax: (303) 512-1129
consager@OFJlaw.com
mguyerson@OFJlaw.com

*Proposed Attorneys for Debtor*

3