**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| KING'S PEAK ENERGY, LLC ) | Case No. 17-16046 EEB |
| EIN: 47-1592615 ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**NOTICE OF FILING DEBTOR'S SCHEDULES AND**
**STATEMENT OF FINANCIAL AFFAIRS**

    King's Peak Energy, LLC, through its proposed counsel, Onsager | Fletcher | Johnson, LLC, hereby files its Notice of Filing Debtor's Schedules and Statement of Financial Affairs.

    Reasonable efforts have been made to prepare and file compete and accurate Schedules and Statement of Financial Affairs ("SOFA"); however, inadvertent errors or omissions may exist. Debtor reserves all rights to amend or supplement the Schedules and SOFA as is necessary and appropriate.

Dated: July 21, 2017        Respectfully submitted,

                                          **ONSAGER | FLETCHER | JOHNSON**

                                          *s/ Alice A. White*
                                          Christian C. Onsager, #6889
                                          Andrew D. Johnson, #36879
                                          Alice A. White, #14537
                                1801 Broadway, Suite 900
                                Denver, Colorado 80202
                                Ph: (303) 512-1123
                                Fax: (303) 512-1129
                                consager@OFJlaw.com
                                ajohnson@OFJlaw.com
                                awhite@OFJlaw.com

                                *Attorneys for Debtor*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **King's Peak Energy, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | **17-16046** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $6,266,542.18 |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $6,936,810.48 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | Hedge Revenue | $4,266,057.12 |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | Hedge Revenue | $2,893,924.78 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **King's Peak Energy, LLC**                            Case number *(if known)* **17-16046**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Davis Graham & Stubbs**<br>**1550 17th St Ste 500**<br>**Denver, CO 80202-1500**<br>(Made by Proven Petroleum for Debtor) | 4/25/17;<br>6/8/17 | $96,296.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Wyoming Office of State Lands and Invest**<br>**122 E 25th St**<br>**Cheyenne, WY 82001-3165**<br>(Made by Proven Petroleum for Debtor) | 4/26/17 | $10,145.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance Tax, Penaltiy and Interest** |
| 3.3. | **Uinta County Wyoming**<br>**PO Box 1530**<br>**Evanston, WY 82931-1530**<br>(Made by Proven Petroleum for Debtor) | 5/5/17 | $217,731.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax Payment** |
| 3.4. | **Wyoming Oil and Gas Conservation Commiss**<br>**2211 King Blvd**<br>**Casper, WY 82604-3165**<br>(Made by Proven Petroleum for Debtor) | 5/12/17 | $54,747.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bond Increase** |
| 3.5. | **Macquarie Bank Limited**<br>**500 Dallas St Ste 3250**<br>**Houston, TX 77002-4800** | See attached<br>Schedule Supplement SOFA 3.5 | $0.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor  **King's Peak Energy, LLC**                                      Case number *(if known)* **17-16046**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Proven Petroleum, Inc.**<br>**390 Union Blvd Ste 620**<br>**Lakewood, CO 80228-1576**<br>**Afilliate** | 7/11/16;<br>8/8/16;<br>8/29/16;<br>9/12/16;<br>10/18/16;<br>11/21/16;<br>11/29/16;<br>12/23/16;<br>1/10/17;<br>1/12/17<br>1/23/17;<br>1/24/17;<br>1/25/17;<br>2/16/17;<br>2/27/17;<br>3/17/17;<br>4/19/17;<br>5/12/17;<br>6/13/17 | $5,680,197.00 | **JIB Payments / LOE / G&A** |
| 4.2. **Brandon Standifird**<br>**3751 W 136th Ave Unit R2**<br>**Broomfield, CO 80023-8149**<br>**Managing Member** | 7/5/16;<br>7/12/16;<br>8/8/16;<br>8/5/16;<br>8/29/16;<br>9/8/16;<br>10/3/16;<br>10/12/16;<br>11/23/16;<br>11/30/16 | $87,000.00 | **Manager Services** |
| 4.3. **Frederico Soliz**<br>**390 Union Blvd Ste 620**<br>**Lakewood, CO 80228-1576**<br>**Managing Member** | 10/24/16 | $7,095.28 | **Expense Reimbursement** |
| 4.4. **Soliz Energy LLC**<br>**847 Ricardo Ave**<br>**Mission, TX 78574-5210**<br>**Affiliate** | 1/13/17; and<br>2/27/17 | $20,000.00 | **Engineering Services** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 3

Debtor   King's Peak Energy, LLC                     Case number (if known) 17-16046

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **King's Peak Energy, LLC v Brandon Standifird**<br>**2017CV30017** | **Money and property owed** | **City and County of Broomfield, District**<br>**17 Descombes Dr**<br>**Broomfield, CO 80020-2495** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor **King's Peak Energy, LLC**     Case number *(if known)* **17-16046**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Onsager \| Fletcher \| Johnson LLC<br>1801 Broadway Ste 900<br>Denver, CO 80202-3858 | | 4/21/17;<br>5/30/17;<br>6/27/17 | $77,000.00 |
| | **Email or website address**<br>ofjlaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Frederico Soliz | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | King's Peak Energy, LLC | Case number (if known) | 17-16046 |
|---|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

    | Owner's name and address | Location of the property | Describe the property | Value |
    |---|---|---|---|
    | See attached Schedule SOFA 21 | | | $0.00 |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy              page **6**

Debtor   King's Peak Energy, LLC                                    Case number *(if known)* 17-16046

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ■ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|
    | Bridger Lake Unit, Summit County, UT | State of Utah<br>195 N 1950 W<br>Salt Lake City, UT 84116-3100 | Pre-existing condition of assigned property; groundwater seep | |
    | Bridger Lake Gas Plant Site<br>Summit County, UT | | | |
    | Bridger Lake Unit, Summit County, UT | U.S. Forest Service<br>857 W South Jordan Pkwy<br>South Jordan, UT 84095-8594 | Pre-exising condition of assigned property; groundwater seep | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | | Name and address | Date of service From-To |
    |---|---|---|
    | 26a.1. | Susan Jones<br>390 Union Blvd Ste 620<br>Denver, CO 80228-1576 | 2014-2017 |
    | 26a.2. | Brandon Standifird<br>3751 W 136th Ave Unit R2<br>Broomfield, CO 80023-8149 | 2014-2016 |

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 7

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | King's Peak Energy, LLC | Case number (if known) | 17-16046 |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Burdick & Associates PC<br>8390 E Crescent Pkwy Ste 110<br>Greenwood Village, CO 80111-2812 | 2014-2017 |
| | Name and address | Date of service From-To |
| 26b.2. | Weaver and Tidwell LLP<br>24 Greenway Plz Ste 1800<br>Houston, TX 77046-2457 | 2014-2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Weaver and Tidwell, LLP<br>24 Greenway Plz Ste 1800<br>Houston, TX 77046-2457 | |
| 26c.2. | Burdick & Associates PC<br>8390 E Crescent Pkwy Ste 110<br>Greenwood Village, CO 80111-2812 | |
| 26c.3. | Macquarie Bank Limited<br>500 Dallas St Ste 3250<br>Houston, TX 77002-4800 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Macquarie Bank Limited<br>500 Dallas St Ste 3250<br>Houston, TX 77002-4800 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Proven Petroleum, Inc. | 4-1-17 | $20,000 scrap iron including bullet tank, pipe |
| | Name and address of the person who has possession of inventory records | | |
| | Proven Petroleum, Inc.<br>390 Union Blvd Ste 620<br>Lakewood, CO 80228-1576 | | |

Debtor **King's Peak Energy, LLC**     Case number *(if known)* **17-16046**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frederico Soliz | 390 Union Blvd Ste 620 Lakewood, CO 80228-1576 | Manager, Director, Member | 100 |
| Jay Parker | 390 Union Blvd Ste 620 Lakewood, CO 80228-1576 | Director | |
| John Teff | 390 Union Blvd Ste 620 Lakewood, CO 80228-1576 | Director and President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brandon Standifird | 3751 W 136th Ave Unit R2 Broomfield, CO 80023-8149 | Member, Manager, Director | 2014 to 12/15/2016 |
| John Teff | 390 Union Blvd Ste 620 Lakewood, CO 80228-1576 | Member | 12/15/2016 to 12/16/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Brandon Standifird 3751 W 136th Ave Broomfield, CO 80023-5532 | $87,000.00 | 7/5/16; 7/12/16; 8/8/16; 8/15/16; 8/29/16; 9/8/16; 10/3/16; 10/12/16; 11/23/16; 11/30/16 | Manager Services |
| | Relationship to debtor Manager; Member; Director | | | |

Debtor  King's Peak Energy, LLC                         Case number *(if known)* 17-16046

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Frederico Soliz**<br>390 Union Blvd Ste 620<br>Lakewood, CO 80228-1576 | $7,095.28 | 10/24/16 | Expense Reimbursement |
| | **Relationship to debtor**<br>Member; Director | | | |
| 30.3. | **Soliz Energy LLC**<br>847 Ricardo Ave<br>Mission, TX 78574-5210 | $20,000.00 | 1/13/17; and 2/27/17 | Engineering Services |
| | **Relationship to debtor**<br>Affiliate | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 21, 2017**

**/s/ Fred Soliz**                                **Fred Soliz**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Manager/Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# SCHEDULE SUPPLEMENT
# SOFA 3.5

ACCOUNT DESCRIPTION: EXPENSE DEPOSIT

**ACCOUNT STATEMENT**

| VALUE DATE | SETTLE DATE | REFERENCE | DESCRIPTION | RATE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| 31 MAR 2017 | 31 MAR 2017 | 126158642 | DEPOSIT PROVEN PETROLEUM INC | | | 437,949.92 | 608,841.13CR |
| 31 MAR 2017 | 31 MAR 2017 | 126159051 | MARCH 2017 INTEREST LOAN 125630406 | | 124,691.02 | | 484,150.11CR |
| 31 MAR 2017 | | | CLOSING BALANCE | 0% | | | 484,150.11CR |

KINGS PEAK ENERGY, LLC
390 UNION BOULEVARD, SUITE 620
DENVER, CO 80228
THE UNITED STATES OF AMERICA

ACCOUNT DESCRIPTION: EXPENSE DEPOSIT

**ACCOUNT STATEMENT**

| VALUE DATE | SETTLE DATE | REFERENCE | DESCRIPTION | RATE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01 APR 2017 | | | STARTING BALANCE | 0% | | | 484,150.11CR |
| 01 APR 2017 | 01 APR 2017 | 125693381 | INTEREST CAPITALISED | | | 0.00 | 484,150.11CR |
| 12 APR 2017 | 12 APR 2017 | 126318411 | MARCH KP JIB & FUNDS REQUEST | | 358,036.92 | | 126,113.19CR |
| 25 APR 2017 | 25 APR 2017 | 126495754 | TRANSFER FROM TRADE 125830443 | | | 79,548.00 | 205,661.19CR |
| 25 APR 2017 | 25 APR 2017 | 126530350 | KPE FUNDS REQUEST | | 15,128.42 | | 190,532.77CR |
| 26 APR 2017 | 26 APR 2017 | 126550859 | DEPOSIT UNITED ENERGY TRADING LLC | | | 45,824.33 | 236,357.10CR |
| 26 APR 2017 | 26 APR 2017 | 126551475 | KINGS PEAK GREENBERG TRAURIG INVOICE | | 15,390.47 | | 220,966.63CR |
| 28 APR 2017 | 28 APR 2017 | 126571469 | MARCH 2017 INTEREST | | 112,581.35 | | 108,385.28CR |
| 30 APR 2017 | | | CLOSING BALANCE | 0% | | | 108,385.28CR |

KINGS PEAK ENERGY, LLC
390 UNION BOULEVARD, SUITE 620
DENVER, CO 80228
THE UNITED STATES OF AMERICA

ACCOUNT DESCRIPTION: EXPENSE DEPOSIT

**ACCOUNT STATEMENT**

| VALUE DATE | SETTLE DATE | REFERENCE | DESCRIPTION | RATE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01 MAY 2017 | | | STARTING BALANCE | 0% | | | 108,385.28CR |
| 01 MAY 2017 | 01 MAY 2017 | 126185636 | INTEREST CAPITALISED | | | 0.00 | 108,385.28CR |
| 02 MAY 2017 | 02 MAY 2017 | 126638446 | DEPOSIT PROVEN PETROLEUM INC | | | 454,622.45 | 563,007.73CR |
| 04 MAY 2017 | 04 MAY 2017 | 126666349 | UINTA COUNTY AD VALOREM TAXES 2ND HALF | | 217,731.61 | | 345,276.12CR |
| 12 MAY 2017 | 12 MAY 2017 | 126769647 | APRIL R2 SETTLEMENT STATEMENT | | 261,015.85 | | 84,260.27CR |
| 25 MAY 2017 | 25 MAY 2017 | 126980040 | TRANSFER FROM TRADE 126262524 | | | 64,396.50 | 148,656.77CR |
| 26 MAY 2017 | 26 MAY 2017 | 127032423 | UNITED ENERGY TRADING LLC | | | 43,539.53 | 192,196.30CR |
| 31 MAY 2017 | 31 MAY 2017 | 127033046 | INTEREST ON LOAN 126561221 | | 132,883.96 | | 59,312.34CR |
| 31 MAY 2017 | 31 MAY 2017 | 127073252 | REVERSE INTEREST PAYMENT | | | 132,883.96 | 192,196.30CR |
| 31 MAY 2017 | | | CLOSING BALANCE | 0% | | | 192,196.30CR |

KINGS PEAK ENERGY, LLC
390 UNION BOULEVARD, SUITE 620
DENVER, CO 80228
THE UNITED STATES OF AMERICA

ACCOUNT DESCRIPTION: EXPENSE DEPOSIT

**ACCOUNT STATEMENT**

| VALUE DATE | SETTLE DATE | REFERENCE | DESCRIPTION | RATE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01 JUN 2017 | | | STARTING BALANCE | 0% | | | 192,196.30CR |
| 01 JUN 2017 | 01 JUN 2017 | 126603431 | INTEREST CAPITALISED | | | 0.00 | 192,196.30CR |
| 05 JUN 2017 | 05 JUN 2017 | 127153553 | PROVEN PETROLEUM INC | | | 492,143.52 | 684,339.82CR |
| 05 JUN 2017 | 05 JUN 2017 | 127154326 | INTEREST ON LND_126561221 | | 132,883.96 | | 551,455.86CR |
| 07 JUN 2017 | 07 JUN 2017 | 127206808 | FOR PAYMENT OF LEGAL INVOICES | | 60,509.97 | | 490,945.89CR |
| 12 JUN 2017 | 12 JUN 2017 | 127238057 | MAY R2 SETTLEMENT STATEMENT | | 406,685.62 | | 84,260.27CR |
| 26 JUN 2017 | 26 JUN 2017 | 127499000 | DEPOSIT UNITED ENERGY TRADING LLC | | | 66,218.66 | 150,478.93CR |
| 26 JUN 2017 | 26 JUN 2017 | 127499431 | PRINCIPAL | | 6,386.00 | | 144,092.93CR |
| 30 JUN 2017 | | | CLOSING BALANCE | 0% | | | 144,092.93CR |

## ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS

### QUESTION 21

Certain trust funds or funds owned by other parties are being held in suspense by Macquarie Bank, Debtor's secured lender. These funds are being held in the "Project Account."

Per the Bank's statements, there was $144, 092.93 in the Project Account as of the Petition Date, which the Debtor believes includes:

1. Approximately $84,000 due to royalty interest holders (from gross sales prior to May 2017 receipts); -

2. Approximately $7,920 for state tax payments (from gross gas sales for May 2017).

3. Approximately $12,243 is due to other owners (from gross gas sales for May 2017).