**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **King's Peak Energy, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | **17-16046** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Energen Resources Corporation**<br>Creditor's Name<br><br>**605 Richard Arrington Jr Blvd N**<br>**Birmingham, AL**<br>**35203-2707**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
| **2.2** **Macquarie Bank Limited**<br>Creditor's Name<br><br>**Houston Representative Office**<br>**500 Dallas St Ste 3250**<br>**Houston, TX 77002-4800**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**November 3, 2014**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$18,702,598.07** | **$9,000,000.00** |

| Debtor | King's Peak Energy, LLC | Case number (if know) | 17-16046 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3  Summit County Treasurer**
Creditor's Name

**Describe debtor's property that is subject to a lien**

unknown    $0.00

**60 N Main St**
**Coalville, UT 84017-9809**
Creditor's mailing address

**Describe the lien**
Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4  Uinta County Treasurer**
Creditor's Name

**Describe debtor's property that is subject to a lien**

unknown    $0.00

**225 9th St**
**Evanston, WY 82930-3415**
Creditor's mailing address

**Describe the lien**
Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $9,000,000.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor **King's Peak Energy, LLC**
Name

Case number (if know) **17-16046**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jim Jordan**<br>**Macquarie Bank Ltd. Houston Representati**<br>**500 Dallas Level 31**<br>**Houston, TX 77002** | Line **2.2** | |
| **Louis M. Phillips**<br>**Kelly Hart Pitre**<br>**301 Main St Ste 1600**<br>**Baton Rouge, LA 70801-1200** | Line **2.2** | |
| **Macquarie Bank Limited**<br>**No. 50 Martin Place**<br>**Sydney, NSW 2000** | Line **2.2** | |

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 3 of 3

**Fill in this information to identify the case:**

Debtor name: **King's Peak Energy, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known): **17-16046**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G)**. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of Finance**<br>**Webb Municipal Office Building**<br>**201 W Colfax Ave**<br>**Denver, CO 80202-5329**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Occupational Privilege Tax**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **unknown** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Office of State Lands and Investments**<br><br>**122 W 25th St # 3W**<br>**Cheyenne, WY 82001-3004**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Royalties**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **unknown** | **$0.00** |

Debtor **King's Peak Energy, LLC**
Name

Case number (if known) **17-16046**

---

**2.3** Priority creditor's name and mailing address
**Utah Bureau of Land Management**

**440 W 200 S**
**Salt Lake City, UT 84101-1345**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

unknown    $0.00

---

**2.4** Priority creditor's name and mailing address
**Utah Department of Revenue**

**210 N 1950 W**
**Salt Lake City, UT 84134-9000**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes-Severance**

Is the claim subject to offset?
■ No
☐ Yes

unknown    $0.00

---

**2.5** Priority creditor's name and mailing address
**Wyoming Bureau of Land Management**

**2987 Prospector Dr**
**Casper, WY 82604-2968**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,500.00    $0.00

---

**2.6** Priority creditor's name and mailing address
**Wyoming Department of Revenue**

**122 W 25th St Fl 2**
**Cheyenne, WY 82001-3004**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes-Severance**

Is the claim subject to offset?
■ No
☐ Yes

unknown    $0.00

---

| Debtor | King's Peak Energy, LLC | Case number (if known) | 17-16046 |
|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**Wyoming Oil and Gas Conservation Fund**

PO Box 2640
Casper, WY 82602-2640

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Conservation Tax**

Is the claim subject to offset?
■ No
☐ Yes

unknown    $0.00

---

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**A-8 Investment Company**
John Anderson
PO Box 17397
Salt Lake City, UT 84117-0397

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

$63.64

**3.2** Nonpriority creditor's name and mailing address
**AB Services Inc.***

PO Box 207
Farson, WY 82932-0207

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Hot Oil Service**

Is the claim subject to offset?   ■ No   ☐ Yes

$64,911.40

**3.3** Nonpriority creditor's name and mailing address
**Ace Recycling & Disposal Inc.***

PO Box 2608
Salt Lake City, UT 84110-2608

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

$500.00

**3.4** Nonpriority creditor's name and mailing address
**Alan Schottenstein**

PO Box 110
Bennington, VT 05201-0110

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

$35.49

**3.5** Nonpriority creditor's name and mailing address
**Alpha Development Corp**

635 S Monroe Way
Denver, CO 80209-3520

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

$17,616.54

---

Debtor **King's Peak Energy, LLC**  
Name

Case number (if known) **17-16046**

| | | | |
|---|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>**Archrock Corporate Headquarters***<br><br>**PO Box 201160**<br>**Dallas, TX 75320-1160**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$208,797.82** |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>**Bay Capital Corporation Inc.***<br><br>**4400 Post Oak Pkwy Ste 2100**<br>**Houston, TX 77027-3428**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$131.38** |
| **3.8** | **Nonpriority creditor's name and mailing address**<br>**Bellport Oil & Gas Inc.**<br><br>**1220-717-7TH AVE SW CALGARY AB T2P 0Z3**<br>**CANADA**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$16.67** |
| **3.9** | **Nonpriority creditor's name and mailing address**<br>**Big Pee Industries, Inc.***<br><br>**PO Box 689**<br>**Mountain View, WY 82939-0689**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,415.00** |
| **3.10** | **Nonpriority creditor's name and mailing address**<br>**Bill & Pat Clayton**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5.72** |
| **3.11** | **Nonpriority creditor's name and mailing address**<br>**Billie McWilliams Estate**<br>**Daniel McWilliams, Per Rep**<br>**6235 N Desert Moon Loop**<br>**Tucson, AZ 85750-0998**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,416.92** |
| **3.12** | **Nonpriority creditor's name and mailing address**<br>**BMNW Resources LLC**<br><br>**PO Box 180573**<br>**Dallas, TX 75218-0573**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$16.64** |

Debtor **King's Peak Energy, LLC**  Case number (if known) **17-16046**

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **unknown** |
|---|---|---|---|
| | **Brandon Standifird** | ■ Contingent | |
| | **3751 W 136th Ave Unit R2** | ☐ Unliquidated | |
| | **Broomfield, CO 80023-8149** | ■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Lawsuit: King's Peak Energy v Brandon Standifird; Counterclaim against Debtor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Burdick & Associates PC** | ■ Contingent | |
| | **8390 E Crescent Pkwy Ste 110** | ☐ Unliquidated | |
| | **Greenwood Village, CO 80111-2812** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Accounting Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,964.62** |
|---|---|---|---|
| | **BWDC, LLC** | ☐ Contingent | |
| | **c/o Bill Peterson Miller Cohen Peterson** | ☐ Unliquidated | |
| | **PO Box 1259** | ☐ Disputed | |
| | **Longmont, CO 80502-1259** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Legal Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,800.00** |
|---|---|---|---|
| | **C Bar C Construction Enterprises Inc.*** | ■ Contingent | |
| | **3160 County Road 170** | ☐ Unliquidated | |
| | **Westcliffe, CO 81252-9650** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,980.00** |
|---|---|---|---|
| | **CAROLEX LP*** | ■ Contingent | |
| | **c/o Family Office LLC** | ☐ Unliquidated | |
| | **PO Box 690** | ☐ Disputed | |
| | **Wilton, CT 06897-0690** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$81.75** |
|---|---|---|---|
| | **CES Oil Operations Inc.** | ☐ Contingent | |
| | **PO Box 3066** | ☐ Unliquidated | |
| | **Ocala, FL 34478-3066** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **ORRI Holder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,543.37** |
|---|---|---|---|
| | **CM Production, LLC** | ☐ Contingent | |
| | **390 Union Blvd Ste 620** | ☐ Unliquidated | |
| | **Lakewood, CO 80228-1576** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **King's Peak Energy, LLC**　　　　Case number (if known) **17-16046**
　　　　Name

| 3.20 | **Nonpriority creditor's name and mailing address** <br> **Codale Electric Supply Inc.*** <br><br> **PO Box 740525** <br> **Los Angeles, CA 90074-0525** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $293.06 |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** <br> **CSI Compressco LP*** <br><br> **PO Box 841807** <br> **Dallas, TX 75284-1807** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $15,000.00 |
| 3.22 | **Nonpriority creditor's name and mailing address** <br> **D&B Services Inc.*** <br><br> **PO Box 148** <br> **Mountain View, WY 82939-0148** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $5,057.50 |
| 3.23 | **Nonpriority creditor's name and mailing address** <br> **D&D Swabbing LLC*** <br><br> **PO Box 599** <br> **Lyman, WY 82937-0599** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $5,459.25 |
| 3.24 | **Nonpriority creditor's name and mailing address** <br> **Davis Graham & Stubbs** <br><br> **1550 17th St Ste 500** <br> **Denver, CO 80202-1500** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **Legal Services** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $31,753.23 |
| 3.25 | **Nonpriority creditor's name and mailing address** <br> **Dean Mohr** <br><br> **3139 Winnebago Dr** <br> **Sedalia, CO 80135-8948** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  **ORRI Holder** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $58.37 |
| 3.26 | **Nonpriority creditor's name and mailing address** <br> **DJ Oilfield Services LLC*** <br><br> **1712 W 1760 S** <br> **Roosevelt, UT 84066-5020** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | $40,542.14 |

Debtor **King's Peak Energy, LLC**  Case number (if known) **17-16046**

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00**

Dynamic Ag Solutions LLC*

1862 County Road 170
Westcliffe, CO 81252-9510

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | | **$74.73**

Elizabeth G. Rainey
C/O Guest Petroleum Inc.
PO Box 805
Edmond, OK 73083-0805

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | | **$45.93**

Elizabeth M. Smythe 1980

Theodore M. Smythe, Trustee

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | | **$87.56**

Gerald Hagerman

356 S Karval Dr
Pueblo West, CO 81007-2721

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | | **$42,346.68**

GHD Services Inc.*
Dept. 406
PO Box 8000
Buffalo, NY 14267-0002

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | | **$19.08**

Helen D. McVey

640 11th St # 305
Golden, CO 80401-0737

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **ORRII Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | | **$16.05**

Hudson Family Partnership

1200 28th St
Boulder, CO 80303-1924

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor **King's Peak Energy, LLC**                               Case number (if known) **17-16046**
        Name

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Industrial Horsepower Plus Inc.*** <br><br>**PO Box 845**<br>**Vernal, UT 84078-0845**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$38,140.69** |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**J&D Contract Services*** <br><br>**PO Box 1255**<br>**Santaquin, UT 84655-1255**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$75,526.47** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**James Earl Ghormley**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  ORRI Holder**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$193.74** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Joan B. Reep**<br><br>**1778 Ala Moana Blvd # 3403**<br>**Honolulu, HI 96815-1619**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  ORRI Holder**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$77.30** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**K&M Oil Company**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  ORRI Holder**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$11.49** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**KAB Acquisition LLLP-VI**<br><br>**410 17th St Ste 1151**<br>**Denver, CO 80202-4414**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  ORRI Holder**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$45,377.93** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Kenneth G. Leis**<br><br>**663 Cordial Ct**<br>**Grand Junction, CO 81506-8503**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  ORRI Holder**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$2,031.30** |

| Debtor | King's Peak Energy, LLC | Case number (if known) | 17-16046 |
|---|---|---|---|

### 3.41 Leslie Avedisian
1842 Leimert Blvd
Oakland, CA 94602-1932

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ORRI Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$1,035.43**

---

### 3.42 Loger Water Services Inc.*
PO Box 394
Lyman, WY 82937-0394

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150,485.59**

---

### 3.43 Lyman Grazing Association*
PO Box 458
Lyman, WY 82937-0458

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,596.62**

---

### 3.44 Macquarie Bank Limited
Houston Representative Office
500 Dallas St Ste 3250
Houston, TX 77002-4800

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

**$9,702,598.07**

---

### 3.45 Maurice W. Brown Oil & Gas LLC
516 S Greeley Hwy
Cheyenne, WY 82007-2852

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ORRI Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$5,572.71**

---

### 3.46 Micheal L Pinnell
8171 S Old Coventry Cir
Sandy, UT 84093-6304

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ORRI Holder**

Is the claim subject to offset? ■ No ☐ Yes

**$63.64**

---

### 3.47 NEC Electric Inc.*
PO Box 53
Fort Bridger, WY 82933-0053

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$39,740.00**

---

Debtor **King's Peak Energy, LLC**
Name

Case number (if known) **17-16046**

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $432.76 |
|---|---|---|---|

**Norco Inc.***

PO Box 413124
Salt Lake City, UT 84141-3124

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,206.46 |
|---|---|---|---|

**Nugget Trust**

PO Box 8
Evanston, WY 82931-0008

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,034.65 |
|---|---|---|---|

**Paragon Automation Inc.***

1218 E Highway 40
Vernal, UT 84078-2829

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $263,793.60 |
|---|---|---|---|

**Perry Brothers Oilfield Services Inc.***
c/o Nora Hoffman
PO Box 1352
Evanston, WY 82931-1352

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120,435.49 |
|---|---|---|---|

**PetCon Associates Ltd.***

390 Union Blvd Ste 620
Lakewood, CO 80228-1576

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,371.45 |
|---|---|---|---|

**Pilot Thomas Logistics LLC***

PO Box 677732
Dallas, TX 75267-7732

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $320.08 |
|---|---|---|---|

**Pintail Production Company Inc.**
Harvey Mueller
6467 Southwest Blvd
Fort Worth, TX 76132-2777

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **ORRI Holder**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor **King's Peak Energy, LLC**  
Name

Case number (if known) **17-16046**

| | | |
|---|---|---|
| **3.55** | **Nonpriority creditor's name and mailing address**<br>**PLS***<br><br>**PO Box 4987**<br>**Houston, TX 77210-4987**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,440.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.56** | **Nonpriority creditor's name and mailing address**<br>**Pride Energy Company**<br><br>**PO Box 701950**<br>**Tulsa, OK 74170-1950**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$641.73**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.57** | **Nonpriority creditor's name and mailing address**<br>**Production Optimization Inc.***<br><br>**PO Box 16160**<br>**Golden, CO 80402-6003**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$3,600.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.58** | **Nonpriority creditor's name and mailing address**<br>**Proven Petroleum, Inc.**<br><br>**390 Union Blvd Ste 620**<br>**Lakewood, CO 80228-1576**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,712,742.65**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Operating Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.59** | **Nonpriority creditor's name and mailing address**<br>**Ready Rocks Inc.***<br><br>**PO Box 583**<br>**Mountain View, WY 82939-0583**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$621.86**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.60** | **Nonpriority creditor's name and mailing address**<br>**Robert A. McClintock**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$11.49**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| **3.61** | **Nonpriority creditor's name and mailing address**<br>**Robert D. Stolzenbach**<br><br>**190 E Nicklaus Ave**<br>**Kalispell, MT 59901-2783**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$58.34**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor **King's Peak Energy, LLC**     Case number (if known) **17-16046**
Name

| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Robert Kruse**<br><br>**PO Box 327**<br>**Key West, FL 33041-0327**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset? ■ No ☐ Yes | $320.08 |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Robert M Jenney 2004 Trust**<br>**FBO Susan J. Bushman**<br>**3 Centennial Dr**<br>**Peabody, MA 01960-7931**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,461.89 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Robert M. Jenney 2004 Trust**<br>**FBO Charles S. Jenney**<br>**3 Centennial Dr**<br>**Peabody, MA 01960-7931**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset? ■ No ☐ Yes | $487.30 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Robert M. Jenney 2004 Trust**<br>**FBO Pamela J. Taft**<br>**3 Centennial Dr**<br>**Peabody, MA 01960-7931**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset? ■ No ☐ Yes | $487.29 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Sammie Louise Inman**<br>**Jennifer Pedersen AIF**<br>**1600 Barton Springs Rd Unit 4401**<br>**Austin, TX 78704-1199**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,248.68 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**SLEA 419 LLC***<br>**Attn: James Warner**<br>**2255 S 5370 W**<br>**West Valley City, UT 84120-1265**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $16,330.80 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Steptoe & Johnson PLLC**<br><br>**PO Box 247**<br>**Bridgeport, WV 26330-0247**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Title Work**<br>Is the claim subject to offset? ■ No ☐ Yes | $191,081.49 |

Debtor **King's Peak Energy, LLC**                          Case number (if known) **17-16046**
     Name

| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Steve Brown**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$17.21** |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Sun Operating Limited Partners**<br><br>**PO Box 2880**<br>**Dallas, TX 75221**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holders**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$28.34** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Terra Firma Grading LLC***<br><br>**PO Box 907**<br>**Mountain View, WY 82939-0907**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$31,920.00** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Thomas Kirchen Jr.**<br><br>**2065 Colby Ct**<br>**Brookfield, WI 53045-1816**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$838.42** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Trent T. Novotny**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$386.01** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Trigg Venture Nominee Inc.**<br>**Joe Dan Trigg**<br>**PO Box 18605**<br>**Oklahoma City, OK 73154-0605**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,420.38** |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**US Forest Service**<br>**c/o Citibank**<br>**PO Box 301550**<br>**Los Angeles, CA 90030-1550**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Bond Demands**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,446,421.00** |

Debtor **King's Peak Energy, LLC**  Case number (if known) **17-16046**
Name

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address**<br>**Viking Exploration Inc.**<br><br>**PO Box 2647**<br>**Fort Worth, TX 76113-2647**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,092.38** |
| **3.77** | **Nonpriority creditor's name and mailing address**<br>**W Devier Pierson**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$10.35** |
| **3.78** | **Nonpriority creditor's name and mailing address**<br>**W E West Revocable Trust**<br>**Dennis K. West, Trustee**<br>**PO Box 1273**<br>**Casper, WY 82602-1273**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$63.41** |
| **3.79** | **Nonpriority creditor's name and mailing address**<br>**Walter James Brown &**<br>**Kathryn Sue Justice Family Trust**<br>**1014 Flora Ave**<br>**Coronado, CA 92118-2828**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$533.20** |
| **3.80** | **Nonpriority creditor's name and mailing address**<br>**Western Chemical LLC\***<br><br>**PO Box 1327**<br>**Roosevelt, UT 84066-1327**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$29,701.63** |
| **3.81** | **Nonpriority creditor's name and mailing address**<br>**Williams Oil & Gas LLC**<br><br>**25825 S Highway 66**<br>**Claremore, OK 74019-0846**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **ORRI Holder**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$34.63** |
| **3.82** | **Nonpriority creditor's name and mailing address**<br>**Wyoming Dept. of Environmental Quality**<br><br>**200 W 17th St Fl 3**<br>**Cheyenne, WY 82001-4434**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,595.00** |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **King's Peak Energy, LLC**  
Name

Case number (if known) **17-16046**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Beatty & Wozniak, PC**<br>**Williams E. Sparks**<br>**216 16th St Ste 1100**<br>**Denver, CO 80202-5115** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bennett Tueller Johnson & Deere**<br>**Attn: Barry N. Johnson**<br>**3165 E Millrock Dr Ste 500**<br>**Salt Lake City, UT 84121-4704** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **UINTA-WASATCH-CACHE NF**<br>**857 W South Jordan Pkwy**<br>**South Jordan, UT 84095-8594** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|   |   | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,500.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 14,454,491.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 14,455,991.57 |

## ATTACHMENT TO SCHEDULE E/F

## NONPRIORITY UNSECURED CLAIMS

All creditors who have an asterisk* appearing next to their name are creditors of Proven Petroleum, Inc., the Debtor's contract operator.  Their claims are marked as contingent.  Many of them perform essential services on the oil and gas fields, and may also have filed materialmens' and mechanics' lien claims on the Debtor's property.  Debtor has not yet been able to determine if liens have been filed.

The unsecured claim amounts are as of June 30, 2017.  Also, some claim amounts are inclusive of sums that are actually payable by the other working interest owners (in the range of 4%), depending on the work done on each well or field during a particular month.

Debtor has included amounts owed to overriding royalty interest (ORRI) holders in Schedule F, totaling approximately $84,000.  These are not direct creditors of Debtor, since they own production revenues in accordance with their interests. However, since the funds due these holders are being held in suspense at Debtor's Project Account at Macquarie Bank, Debtor has included them on Schedule F.