# EXHIBIT A

**Burdick & Associates, P.C.**

**WIP Detail - Detail by Date by Client**

For all dates

| Client ID | Client Name | E-Mail Address | Phone Number |
|---|---|---|---|
| | Kings Peak Energy, LLC | | (303) 229-4710 |

390 Union Blvd., Ste. 620
Lakewood, CO 80228

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 441 | 260 - SPECIAL ENGAGEMENT | 08/24/2017 | T | 0.50 | $195.00 | $97.50 | letter from attorney |
| 441 | 260 - SPECIAL ENGAGEMENT | 08/31/2017 | T | 0.50 | $195.00 | $97.50 | assisting fred w/ irs letter & discussion regarding needed information |
| 441 | 260 - SPECIAL ENGAGEMENT | 09/06/2017 | T | 0.25 | $195.00 | $48.75 | phone calls requesting info & working on mor |
| 441 | 260 - SPECIAL ENGAGEMENT | 09/07/2017 | T | 1.50 | $195.00 | $292.50 | phone calls requesting info and mor |
| 441 | 260 - SPECIAL ENGAGEMENT | 09/07/2017 | T | 0.50 | $195.00 | $97.50 | phone call with trustee regarding mor |
| 441 | 102 - PARTNERSHIP TAX PREPARATION | 09/13/2017 | T | 0.75 | | | 2016 tax preparation |
| 441 | 102 - PARTNERSHIP TAX PREPARATION | 09/14/2017 | T | 4.00 | | | 2016 tax preparation |
| 470 | 102 - PARTNERSHIP TAX PREPARATION | 09/14/2017 | T | 2.00 | | | 2016 tax preparation |
| 441 | 102 - PARTNERSHIP TAX PREPARATION | 09/15/2017 | T | 2.00 | | | 2016 tax preparation |
| 104 | 106 - PARTNERSHIP TAX REVIEW | 09/15/2017 | T | 2.00 | set fee | $3,750.00 | 2016 tax preparation |
| 441 | 260 - SPECIAL ENGAGEMENT | 09/20/2017 | T | 3.00 | $195.00 | $585.00 | july mor |
| 441 | 260 - SPECIAL ENGAGEMENT | 09/21/2017 | T | 1.00 | $195.00 | $195.00 | july mor |
| 565 | 303 - BOOKEEPING SERVICES | 09/29/2017 | T | 2.00 | $37.50 | $75.00 | aug mor |
| | | | | 25.25 | | $5,238.75 | |

1

# Burdick & Associates, P.C.

## WIP Detail - Detail by Date by Client

For all dates

| Client ID | Client Name | E-Mail Address | Phone Number |
|---|---|---|---|
| | Kings Peak Energy, LLC | | (303) 229-4710 |

390 Union Blvd., Ste. 620
Lakewood, CO 80228

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 441 | 260 - SPECIAL ENGAGEMENT | 10/03/2017 | T | 1.00 | $195.00 | $195.00 | aug mor-gathering info from Fred & Alice |
| 441 | 260 - SPECIAL ENGAGEMENT | 10/05/2017 | T | 2.50 | $195.00 | $487.50 | aug mor-preparation of report |
| 441 | 260 - SPECIAL ENGAGEMENT | 10/19/2017 | T | 3.25 | $195.00 | $633.75 | sept mor-gathering of information and preparation of report |
| | | | | 6.75 | | $1,316.25 | |

## Burdick & Associates, P.C.

### WIP Detail - Detail by Date by Client

For all dates

| Client ID | Client Name | E-Mail Address | Phone Number |
|---|---|---|---|
| | Kings Peak Energy, LLC | | |

390 Union Blvd., Ste. 620
Lakewood, CO 80228

| Emp ID | Work Code | Date | T | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 565 | 303 - BOOKEEPING SERVICES | 11/09/2017 | T | 3.00 | $37.50 | $112.50 | oct mor-gathering info from Fred and Alice and preparing report |
| 565 | 303 - BOOKEEPING SERVICES | 11/10/2017 | T | 1.50 | $37.50 | $56.25 | oct mor-gathering info from Fred and Alice and preparing report |
| 441 | 260 - SPECIAL ENGAGEMENT | 11/16/2017 | T | 2.00 | $195.00 | $390.00 | oct mor-gathering info from Fred and Alice and preparing report |
| 441 | 260 - SPECIAL ENGAGEMENT | 11/17/2017 | T | 2.00 | $195.00 | $390.00 | oct mor-gathering info from Fred and Alice and preparing report |
| | | | | 8.50 | | $948.75 | |